**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RON BERMAN | * |
|     Plaintiff | * |
| v. | * CIVIL ACTION NO. DKC-2002-CV-3470 |
| CONGRESSIONAL TOWERS LIMITED PARTNERSHIP SECTION I, et al. | * |
| | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE

I, Thomas X. Glancy, Jr., move to withdraw my appearance as counsel for Plaintiff, Ron Berman, in the above-entitled action, and as grounds therefor, state as follows:

1. Along with Steven M. Spiegel, I am counsel of record for the Plaintiff, Ron Berman. At the time I entered my appearance, Mr. Spiegel was not admitted to the United States District Court for the District of Maryland. He has since become a member of that bar.

2. At all times, Mr. Spiegel has acted as lead counsel for the Plaintiff in this matter, and will continue to do so. Mr. Spiegel is capable of continuing to represent Mr. Berman in this action, and it is not economically feasible for Mr. Berman to continue to retain two separate counsel to represent him in this matter.

      3.      Steven M. Spiegel will remain as attorney of record for the Plaintiff, and the adequacy of Mr. Berman's representation will in no way be jeopardized by my withdrawal as his counsel.

      4.      Mr. Berman does not object to my withdrawal as his counsel.

                                  /s/  
                                    Thomas X. Glancy, Jr. #08373  
                                    Gordon, Feinblatt, Rothman,  
                                       Hoffberger & Hollander, LLC  
                                    233 E. Redwood Street  
                                    Baltimore, Maryland 21202  
                                    (410) 576-4126

## STATEMENT OF POINTS AND AUTHORITIES

Local Rule 101(2).

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 23rd day of January, 2004, a copy of the foregoing Motion to Withdraw Appearance was served electronically and mailed, first class, postage prepaid, to Steven M. Spiegel, 3917 Keller Avenue, Alexandria, Virginia 22302-1817, attorney for Ronald Berman, and to David A. Carter, Esquire, Meyers, Rodbell & Rosenbaum, P.A., 95 Cathedral Street, Suite 100, Annapolis, Maryland 21401, attorneys for defendants.

                                  /s/  
                                  Thomas X. Glancy, Jr. #08373

PLD3659-L174