# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                    Reply to Southern Division Address

August 4, 2005

Circuit Court for Montgomery County
50 Courthouse Square
Rockville, Maryland 20850

_____ FILED        ENTERED
_____ LODGED

SEP 0    2005

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

RE:   Bergman vs. Congressional Towers, et al
      Civil Action No. DKC-2002-3470
      State Court Case No. 228129-V

Dear Clerk:

On August 3, 2005, the Honorable Deborah K. Chasanow signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Felicia C. Cannon, Clerk

RECEIVED

AUG 0 8 2005

Clerk of the Circuit Court
Montgomery County, Md.

By: _Edith Tate_____

Edith Tate, Deputy Clerk

Enclosures
cc:   The Honorable Deborah K. Chasanow
      Neil Brafman, David Carter and Steven Spiegel
      File

**ACKNOWLEDGED RECEIPT THIS**          **DAY OF** _____, 20____

U.S. District Court (Rev. 9/4/2001) - Remand Letter to Court

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov